IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Daniel Lopez-Mejia,<br><br>            Petitioner,<br><br>v.<br><br>USA, et al.,<br><br>           Respondents. | No. CV-14-00841-PHX-GMS<br><br>No. CR-09-01145-PHX-GMS<br><br>**ORDER** |

Pending before the Court are Petitioner's (First) Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and United States Magistrate Judge Eileen S. Willett's Report and Recommendation ("R&R") filed in the above referenced caption.  Docs. 7, 20.  The R&R recommends that the Court **[grant the Motion to Strike and deny the First Amended Motion to Vacate and dismiss with prejudice]**.  Doc. 20 at 9-10.  The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R.  *Id.* at 10 (citing 28 U.S.C. § 28 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R**[, grant the Motion to Strike and deny the First Amended Motion to Vacate and dismiss with prejudice]**. *See* 28 U.S.C. § 36(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Willett's R&R (Doc. 20) is **accepted**.

2. Respondent's Motion to Strike or Dismiss Second Amended Motion (Doc. 19) is **granted** and the Clerk of Court is directed to strike the Motion (Doc. 18).

2. Petitioner's (First) Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 7) and also filed in CR-09-01145 (Doc. 583) are **denied and dismissed with prejudice**.

4. Pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, in the event Movant files an appeal, the Court declines to issue a certificate of appealability because reasonable jurists would not find the Court's procedural ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated this 30th day of June, 2015.

_____
Honorable G. Murray Snow
United States District Judge